FLORENCE D. WARD, as Administratrix, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. McCARTHY, Appellant.— Two appeals dismissed upon stipulation filed.

LOUIS GOECKEL, Respondent, v. ELLA GOECKEL, Appellant.— Motion granted and appeal dismissed.

ELIAS ABDELLA, Respondent, v. MANTORA ABDELLA, Appellant.— Motion granted, and appeal dismissed, with costs.

LOUISE BARTOLO, an Infant, etc., Appellant, v. CHARLES T. GILL and Another, Respondents.— Motion granted and appeal dismissed, with costs.

EUGENE GANTER, an Infant, etc., Appellant, v. HENRY SCHULTZ and Another, Respondents.— Motion granted and appeal dismissed, with costs.

ESTELLA NYE, Respondent, v. CLARK HOTALING and Another, Appellants.— Motion granted and appeal dismissed.

LEWIS WULFF, an Infant, etc., Respondent, v. ELTON MOSHER, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and briefs by November twenty-fourth.

ANTHONY PUCCIA, Plaintiff, v. AMERICAN RAILWAY EXPRESS COMPANY, Defendant.— Order entered substituting Henry L. Crittenden as assignee for the benefit of creditors of Anthony Puccia as plaintiff in the place of Anthony Puccia.

SYRACUSE SUPPLY COMPANY, Respondent, v. ROCHESTER MOTORS CORPORATION, Appellant.— Time for filing of printed papers on appeal extended to November twenty-fourth, upon condition that appellant pay ten dollars to respondent's attorneys.

TONAWANDA BOARD AND PAPER COMPANY, Respondent, v. INTERNATIONAL BROTHERHOOD OF PAPERMAKERS; JAMES LAHEY and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed record and briefs in typewritten form by November twenty-fourth.

AUGUST SIMON, Respondent, v. POLISH NATIONAL CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by November seventeenth.

WILLIAM M. FURLONG, Appellant, Respondent, v. JAMES JOHNSTON, Respondent, Appellant.— Appeal from order denying motion to have court pass upon findings dismissed. Judgment and order amending judgment reversed, without costs, and new trial granted. Held, the judgment appealed from has been entered on a verdict directed by the court on motion of both parties, without request by either party to submit any question of fact to the jury. The facts are too indefinite and incomplete to present a question of law for the decision of this court, and in the interests of justice the judgment should be reversed and a new trial granted. All concur.

BUFFALO FOUNDRY AND MACHINE COMPANY, Respondent, v. TRIBUNO & GARRISH, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

PAUL D. COLLIER and Another, Respondents, v. ELI CRAMER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, J., not sitting.